# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
IN RE:  DELL LAMAR SINGLETON            IN THE MATTER OF:
        CAROL DENISE SINGLETON          DELL LAMAR SINGLETON
        1589 W TUDOR ST                 CAROL DENISE SINGLETON
        RIALTO, CA 92377                1589 W TUDOR ST
                                        RIALTO, CA  92377

                                        DATE: 4/27/2009
                                        Case No. 6:08-bk-25735-MJ
```

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | DOAN LAW FIRM, LLP | $4,000.00 | NOT FILED |  |  | 0 |
| 06 | AIS SERVICES, LLC | $510.00 | $510.00 | 4137165 | U | 1 |
|  | Allied Interstate | $376.00 | NOT FILED | FRx1598 | U | 2 |
|  | Assocition Collectio | $1,227.00 | NOT FILED |  | U | 3 |
|  | AWA COLLECTIONS | $209.00 | NOT FILED | 1603 | U | 4 |
| 13 | CAPITAL ONE | $3,877.00 | $4,430.17 | 0612 | U | 5 |
|  | Cap One | $1,145.00 | NOT FILED | 3369 | U | 6 |
|  | Cap One | $1,077.00 | NOT FILED | 8369 | U | 7 |
|  | Cap One | $1,048.00 | NOT FILED | 5558 | U | 8 |
| 02 | CASH CALL INC | $2,572.00 | $5,689.81 | XXXX5917 | U | 9 |
|  | Consumer Portfolio S | $588.00 | NOT FILED | 6687 | U | 10 |
|  | Credit Management | $166.00 | NOT FILED | 2596 | U | 11 |
|  | Focus Receivables Ma | $245.00 | NOT FILED | 1623 | U | 12 |
| 01 | GE CONSUMER FINANCE | $3,157.00 | $3,197.13 | 2203 | U | 13 |
|  | HSBC BANK | $534.00 | NOT FILED | 1769 | U | 14 |
| 04 | Merrick Bank | $1,144.00 | $1,144.47 | 8831 | U | 15 |
|  | NCO FINANCIAL SYSTEM | $967.00 | NOT FILED |  | U | 16 |
| 10 | LVNV FUNDING LLC | $5,695.00 | $7,128.65 | 4011 | U | 17 |
| 12 | LVNV FUNDING LLC | $791.00 | $855.53 | 5715 | U | 18 |
|  | Aurora Loan Services | $362,978.00 | NOT FILED | XXXXXX3753 | S | 19 |
| 05 | HSBC AUTO FINANCE | $17,712.00 | $17,293.17 | 5052/386847 | S | 20 |
|  | Pacific Monarch Reso | $15,990.00 | NOT FILED | XXXXX7107 | S | 21 |
| 09 | DON KENT, TREASURER- | $5,680.00 | $6,267.44 | 404080002-2 | S | 22 |
|  | SAN BERNARDINO COUNT | $1,800.00 | NOT FILED | 0239-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 | S | 23 |
| 03 | JPMorgan Chase | $18,282.00 | $18,598.85 | XXXXXXX7635 | E | 24 |
| 07 | PRA RECEIVABLES MANA | NOT SCHEDULED | $803.53 | 0223 | U | 25 |
| 08 | JEFFERSON CAPITAL SY | NOT SCHEDULED | $1,580.45 | 2484/2688875526 | U | 26 |
| 11 | LVNV FUNDING LLC | NOT SCHEDULED | $3,440.17 | 0693 | U | 27 |

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:08-bk-25735-MJ**

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY.

_____
Rod Danielson, Chapter 13 Trustee

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   4/27/2009

_____              _____
         PAULETTE ROSELI                                    Paulette Roseli
         Type or Print Name

PROOF OF SERVICE

       I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 4/27/2009 at Riverside, California.

_____              _____
         PAULETTE ROSELI                                    Paulette Roseli
         Type or Print Name

    DELL LAMAR SINGLETON                           DOAN LAW FIRM, LLP
    CAROL DENISE SINGLETON                         25401 CABOT ROAD
    1589 W TUDOR ST                                SUITE 119
    RIALTO, CA   92377                             LAGUNA HILLS, CA   92653