| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501-1749<br>(951) 826-8000  FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 08-25735 MJ |
|---|---|
| In re:<br><br>SINGLETON<br>                                    Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER:

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ___04/13/2010__ as docket entry number _____31_____, recommends:

☒    APPROVAL ON THE FOLLOWING CONDITIONS:

*(Debtor seeks to modify plan to suspend 1 plan payment, reduce plan payment to $386.00 & reduce the percentage to be paid to unsecured creditors from 100% to 64% due to co-debtor's illness.)*

(1)    This motion is pre-mature as the doctor's "work status report" attached to the motion reflects that debtor will be off work from January through May 2010.

(2)    In addition, debtor's amended Schedule I understates Mr. Singleton's net income by approximately $500.00 per month, based on the average net income reflected on the the stubs attached to the motion (the dates on the stubs reflect bi-weekly, not semi-monthly pay periods). There is no basis for any reduction in the plan payment amount or the percentage to be paid to unsecured creditors based on the evidence submitted to date. In fact, based on the stubs, there is no evidentiary basis for <u>any</u> reduction in the plan payment amount, regardless of the temporary reduction in Mrs. Singleton's income. The burden is on the debtor to prove each element of the relief sought, (in re Huerta 137 B.R. 356 (Bankr. C.D. CA 1992) and to date, insufficient evidence has been submitted.

(3)    <u>The Trustee recommends that 4 plan payments be suspended (February through May 2010), no change to the plan payment amount or percentage to be paid to unsecured creditors</u> at this time

*Debtors are reminded that to date, the Trustee has not received the 2009 state and federal tax returns and any refunds.*

Dated:    April 14, 2010

/s/ Rod Danielson
Rod Danielson, Chapter 13 Trustee

Digitally signed by Rod Danielson
DN: cn=Rod Danielson, o=Central
District of California, ou=Riverside
Division,
email=rod@rodan13.com, c=US
Date: 2010.04.14 08:23:16 -07'00'

| In re: | **DELL LAMAR SINGLETON**<br>**CAROL DENISE SINGLETON** | Debtor(s) | Chapter: 13<br>Case Number: **6:08-bk-25735-MJ** |
|---|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Trustee Comments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _4-15-10_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
DELL LAMAR SINGLETON
CAROL DENISE SINGLETON
1589 W TUDOR ST
RIALTO, CA 92377

Attorney for Debtor
DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _4-15-10_ | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS