| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan**<br>**25401 Cabot Road, Suite 119**<br>**Laguna Hills, CA 92653**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>California State Bar Number: **165174**<br><br>☒ Attorney for Debtors<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**JUN 24 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY delatorr    DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  13<br><br>CASE NUMBER: 6:08-bk-25735-MJ |
| In re:<br><br>**Dell & Carol Singleton**<br><br><br><br>Debtor(s). | **ORDER ON APPLICATION FOR**<br>**SUPPLEMENTAL FEES**<br><br><br>(No Hearing Required) |

Based on the Application for Supplemental Fees ("Application") filed on ____06/15/2010_____ as docket entry number _____37_____ and the recommendation of the Chapter 13 Trustee, it is ORDERED:

☒ that the sum of $ _____1000.00_____ is hereby allowed Applicant as compensation for extraordinary services referred to in the Application and the Chapter 13 Trustee is directed to pay the unpaid balance of $_____1000.00_____, from the estate of the debtor(s) as funds permit.

☐ that Applicant calendar the Application for hearing before the undersigned Bankruptcy Judge and that Applicant give appropriate notice of the hearing to the debtor(s) and the Chapter 13 Trustee.

☐ that the Application be set for hearing on:_____ at _____ .m.
                                                                (Date)                              (Time)

Comments:_____.

###

DATED: June 24, 2010

_____
United States Bankruptcy Judge

Order on Application for Supplemental Fees – *Page 2*     F 3015-1.12

| In re: Dell & Carol Singleton | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-25735 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
635 Camino de los Mares, Suite 100, San Clemente, CA 92673

A true and correct copy of the foregoing document described _____Order on Application for Supplemental Fees_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _06/23/10_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Hon. Meredith A. Jury**
**3420 Twelfth Street, Ste 325**
**Riverside, CA 92501**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/23/10 | Craig Bixel | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     F 3015-1.12

| In re:  Dell & Carol Singleton | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER  6:08-bk-25735 |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  Order on Application for Supplemental Fees

in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  06/23/10 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
**Rod Danielson (MJ): notice-efile@rodan13.com**
 **United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov**
**Gregory Doan: ecf@doanlaw.com**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

(Debtors)
**Dell & Carol Singleton**
**1589 W. Tudor St.**
**Rialto, CA 92377**

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.12**